UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
     v.                        )     Cr. No. 15-069-S
                               )
WILKINS ROBLES TEJADA,         )
          Defendant.           )
_____)
```

**ORDER OF APPOINTMENT OF PRO BONO COUNSEL**

The indigence of Defendant having been established, the Court finds that it should exercise its discretion to make a contingent appointment of an attorney pursuant to the terms and limitations of this Court's Civil Pro Bono Plan to represent Defendant Wilkins Robles Tejada in this case, for the limited purpose of clarifying the record as to what claims Defendant Tejada intends to press in his Motion under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion to Vacate") (ECF No. 34), in light of a letter recently received from the Government in this matter and docketed as ECF No. 50. The scope of this representation <u>does not</u> extend to representing Defendant Tejada in pursuing his Motion to Vacate.

Based on this finding, attorney Michael Lepizzera is hereby conditionally appointed to represent Defendant Wilkins Robles Tejada pro bono in the above-captioned case for the limited purpose set forth above. The appointed attorney shall review the case,

communicate with the client about the case, and otherwise ensure that there is no professional impediment that prevents acceptance of this case within fourteen (14) days of the date of this order.

Failure to file a declination of appointment within fourteen (14) days of the date of this order will make the appointment final.

IT IS SO ORDERED.

/s/ William E. Smith

William E. Smith
Chief Judge
Date: August 11, 2017